## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-2670

SHAYLEE PLEDGER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

## COMPLAINT FOR DAMAGES

COMES NOW Plaintiff Shaylee Pledger, by and through her attorney, Luke M. Cederberg, of Mintz Law Firm, LLC, and alleges and complains as follows:

### GENERAL ALLEGATIONS

**Jurisdiction**

1.  This is an action for damages, and attorney's fees and costs, for Plaintiff Shaylee Pledger.

2.  The United States District Court for the District of Colorado has jurisdiction over this matter pursuant to 28 U.S.C. §1346(b) and 28 U.S.C §2671 through §2680 which provide for exclusive jurisdiction to the District Court over civil actions on claims against the United States for money damages for personal injury.

3.  Plaintiff has exhausted her administrative remedies by filing a timely notice of claim with the appropriate federal agency on January 25, 2019 and a request for reconsideration on February 27, 2019.  The Plaintiff's administrative claims were denied

by the Defendant by letter dated March 20, 2019.

### Venue

4. Venue properly lies in the District of Colorado pursuant to 28 U.S.C. §1391(e)(1) and 28 U.S.C. §1402(b).

### Parties

5. The Plaintiff, Shaylee Pledger, is a resident of Colorado and citizen of the State of Colorado.

6. The Defendant is the United States of America.

### FACTUAL ALLEGATIONS

7. At approximately 3:04 PM on October 16, 2017, Shaylee Pledger was driving her 2005 Mazda 6 eastbound on 17th Avenue approaching the intersection with Terry Street in Longmont, Colorado.

8. At the same time in Longmont, Colorado, Travis L. Aker, was driving a 2017 Ram Promaster (a United States Postal Service mail delivery truck), which was owned by the Defendant, in the course and scope of his employment with the United States Postal Service (hereinafter "USPS"), which is an agency of the Defendant.

9. Mr. Aker was driving the Defendant's vehicle southbound on Terry Street when he encountered the intersection with 17th Avenue. There was a stop sign facing Mr. Aker.

10. Mr. Aker disregarded the stop sign and attempted to turn left from Terry Street onto 17th Avenue. In doing so he crashed the Defendant's vehicle into Ms. Pledger's 2006 Mazda 6.

11. At the relevant intersection of 17th Avenue and Terry Street, there was a

stop sign facing Mr. Aker; there was not a stop sign facing Ms. Pledger.

## **FIRST CLAIM FOR RELIEF**

*Negligence: Defendant*

12. Plaintiff incorporates by refence paragraphs 1 through 11 of this Complaint.

13. At the time of the collision, Mr. Aker had a duty to operate the Defendant's vehicle in a safe and careful manner.

14. Driving in a safe and careful manner means that drivers must maintain proper awareness of nearby vehicles, keep a safe distance from other vehicles, obey traffic control devices, such as stop signs, obey traffic rules, and avoid striking other vehicles.

15. While acting in the course and scope of his employment with Defendant, Mr. Aker directly and proximately caused the collision with Ms. Pledger's vehicle by negligently failing to operate the Defendant's vehicle in a safe and careful manner.

16. Mr. Aker's negligence included careless driving, failure to use reasonable care in the operation of a motor vehicle, failure to keep a proper lookout, failure to obey a stop sign, failure to stop without striking another vehicle, failure to pay attention to his driving and avoid distractions, and striking the Ms. Pledger's vehicle while Ms. Pledger was legally operating it on a public roadway.

17. As Mr. Aker was acting within the scope and course of his employment at all material times, Defendant as Mr. Aker's employer and principal, is liable for Mr. Aker's negligence and the damages that were a direct and proximate result of that negligence per *respondeat superior*.

18. Plaintiff Shaylee Pledger's injuries and damages include, but are not limited

to, injuries to her head, neck, left shoulder, and back.  Plaintiff's harms and losses include past medical expenses, pain and suffering, and loss of enjoyment of life.  She has incurred expenses for ambulance services, hospital emergency room services, diagnostic imaging, doctor treatment, and physical therapy.

## SECOND CLAIM FOR RELIEF

*Negligence Per Se: Defendant*

19. Plaintiff incorporates by reference paragraphs 1-18 of this Complaint.

20. Mr. Aker's operation of Defendant's motor vehicle at the time of the collision violated several municipal ordinances and laws of the State of Colorado, including but not limited to, the following:

   a. Longmont Municipal Code 11.04.091 §703 (Failure to Yield Right of Way from a Stop Sign)

   b. C.R.S. § 42-4-1402(1) (Careless Driving); and,

   c. C.R.S. § 42-4-1402(2)(b) (Careless Driving Causing Bodily Injury).

21. Plaintiff is a member of the class for whose protection the ordinance and statutes referenced above were enacted, and the injuries and damages Plaintiff suffered are the type of injuries and damages sought to be prevented by the passage of the above-mentioned statutes and ordinance.

22. As Mr. Aker was acting within the scope and course of his employment at all material times, Defendant as Mr. Aker's employer and principal, is liable for Mr. Aker's negligence and the damages that were a direct and proximate result of that negligence per *respondeat superior*.

23. Plaintiff's injuries and damages resulting from the aforementioned

*negligence per se* are thoroughly described above in paragraph 18.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment to be entered against the Defendant in an amount sufficient to compensate Plaintiff for her injuries, damages, and losses, and for her costs, expert witness fees, post-judgment interest, and such further relief as the Court deems just and appropriate.

Dated this 18th day of September, 2019.

Respectfully submitted,

By*: /s/ Luke M. Cederberg*
Attorneys for Plaintiff:
Luke M. Cederberg, #43992
Mintz Law Firm, LLC
605 Parfet Street, Suite 102
Lakewood, CO 80215
Telephone:   303-462-2999
Facsimile:   303-233-8999
Email:           lmc@4injury.net

Plaintiff's Address:

1025 Townley Circle

Longmont, Colorado 80501